

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF ELPASO, | § | No. 08-19-00056-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court at Law #3 |
| ALBERT LOPEZ and LEXBY LOPEZ, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2017DCV0065) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and it's sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF DECEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.